**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Jody**<br>First name<br><br>**D**<br>Middle name<br><br>**Lashley**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **DBA  Poor Boys Outdoor Lawn Care**<br>**DBA  Jody Lashley Custom Docks & Boat Lifts** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2198** | |

Debtor 1    **Jody D Lashley**

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | | |
| | EIN | EIN |

| | | | |
|---|---|---|---|
| **5.** **Where you live** | | **1091 Moutardier Road** **Leitchfield, KY 42754** | **If Debtor 2 lives at a different address:** |
| | | Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| | | **Edmonson** | |
| | | County | County |
| | | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:* | | *Check one:* |
| | ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Jody D Lashley**

Case number *(if known)*

_____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Jody D Lashley**                                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

■ Yes.    Name and location of business

**See Attachment**

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

---

Debtor 1    **Jody D Lashley**                                                                Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Jody D Lashley**                                                      Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

■ No.  I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jody D Lashley**

**Jody D Lashley**
Signature of Debtor 1                                           Signature of Debtor 2

Executed on  **September 29, 2023**                            Executed on
MM / DD / YYYY                                                 MM / DD / YYYY

---

Debtor 1    **Jody D Lashley**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Tyler R. Yeager**
Signature of Attorney for Debtor

Date    **September 29, 2023**
MM / DD / YYYY

**Tyler R. Yeager 92722**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone    **(502) 416-1630**

Email address    **tyeager@kaplanjohnsonlaw.com**

**92722 KY**
Bar number & State

---

Debtor 1    **Jody D Lashley** _____    Case number *(if known)* _____

| Fill in this information to identify your case: |
|---|

Debtor 1        **Jody D Lashley**
                First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number
(if known)    _____

☐ Check if this is an
   amended filing

## FORM 101. VOLUNTARY PETITION ATTACHMENT

## <u>Additional Sole Proprietorship(s)</u>

**Poor Boys Outdoor Lawn Care**
Name of business, if any

**1091 Moutardier Road**
**Leitchfield, KY 42754**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

**Jody Lashley's Custom Docks & Boat Lifts**
Name of business, if any

**1091 Moutardier Road**
**Leitchfield, KY 42754**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

Certificate Number: 15725-KYW-CC-037797155



15725-KYW-CC-037797155

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 26, 2023, at 1:12 o'clock PM EDT, Jody Lashley received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Western District of Kentucky, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  September 26, 2023               By:    /s/Daniel  Alfredo Medina Mujica

                                        Name:  Daniel  Alfredo Medina Mujica

                                        Title:  Issuer

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jody D Lashley** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|
| **1** **All Shore Capital** **111 John Street** **New York, NY 10005** | What is the nature of the claim? | $52,764.80 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
          Value of security:          -  _____
          Unsecured claim             _____

_____
Contact

_____
Contact phone

| | | |
|---|---|---|
| **2** **Arba International LLC** **2517 152nd Ave NE** **Redmond, WA 98052** | What is the nature of the claim?   Purchases on credit | $3,144.48 |

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
          Value of security:          -  _____

_____
Contact

Debtor 1    __Jody D Lashley__                                    Case number *(if known)*    _____

Contact phone    _____        Unsecured claim                        _____

---

**3**  **Bee Spring Lumber & Supply LLC**
10403 Highway 259 North
Bee Spring, KY 42207

**What is the nature of the claim?**    __Purchases on account__    $10,966.47

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -  _____
    Unsecured claim        _____

Contact    _____
Contact phone    _____

---

**4**  **Jeff Biggs**
2204 Woodbourne Ave.
Louisville, KY 40205

**What is the nature of the claim?**    _____    $8,109.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -  _____
    Unsecured claim        _____

Contact    _____
Contact phone    _____

---

**5**  **Bill Me Later, Inc**
as serving agent for WebBank
2211 North First Street
San Jose, CA 95131

**What is the nature of the claim?**    __Business Loan Agreement__    $87,635.36

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:    -  _____
    Unsecured claim        _____

Contact    _____
Contact phone    _____

---

**6**  **Capital Assist, LLC**
111 Great Knock Road
Suite 300
Great Neck, NY 11021

**What is the nature of the claim?**    __Guaranty of Sale of Future Receipts Agreement__    $22,485.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated

---

Debtor 1 __Jody D Lashley__          Case number *(if known)* _____

☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim      _____

---

**7**

**Capital One, N.A.**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

**What is the nature of the claim?**    **Cabela's credit card purchases**    **$3,142.44**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim      _____

Contact _____

Contact phone _____

---

**8**

**Capytal.com**
**c/o NewCo. Capital Group VI LLC**
**90 Broad, Suite 903**
**New York, NY 10004**

**What is the nature of the claim?**    **Revenue Purchase Agreement**    **$72,500.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim      _____

Contact _____

Contact phone _____

---

**9**

**CFG Merchant Solutions**
**180 Maiden Lane, Suite 1502**
**New York, NY 10038**

**What is the nature of the claim?**    **$62,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim      _____

Contact _____

Contact phone _____

---

Debtor 1    __Jody D Lashley__    Case number *(if known)* _____

---

**10**

**Darrell L Green**
**2547 Kensington Way**
**Elizabethtown, KY 42701-6830**

| What is the nature of the claim? | Deposit for dock project | $3,800.00 |

**As of the date you file, the claim is:** Check that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
      Value of security: - _____
      Unsecured claim

Contact _____

Contact phone _____

---

**11**

**Grid Market, LLC**
**dba Grid Funding**
**667 NE 105th St**
**Miami, FL 33138**

| What is the nature of the claim? | Secured Merchant Agreement | $37,000.00 |

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
      Value of security: - _____
      Unsecured claim

Contact _____

Contact phone _____

---

**12**

**Hart County Building Supply**
**10337 Cub Run HWY**
**Munfordville, KY 42765**

| What is the nature of the claim? | Purchases on account | $37,807.23 |

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
      Value of security: - _____
      Unsecured claim

Contact _____

Contact phone _____

---

**13**

**MicroAdvance Funding, LLC**
**100 South Juniper Street**
**Third Floor**
**Philadelphia, PA 19107**

| What is the nature of the claim? | Purchase and Sale of Future Receipts | $13,800.00 |

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Debtor 1 __Jody D Lashley__   Case number *(if known)* _____

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  - _____
    Unsecured claim  _____

_____
_____
Contact _____
Contact phone _____

---

**14**

**NewCo. Capital Group VI LLC**
**90 Broad, Suite 903**
**New York, NY 10004**

What is the nature of the claim?   Revenue Purchase Agreement   $70,000.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  - _____
    Unsecured claim  _____

_____
_____
Contact _____
Contact phone _____

---

**15**

**PayPal Credit**
**PO Box 71707**
**Philadelphia, PA 19176-1707**

What is the nature of the claim?   Credit card purchases   $4,100.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  - _____
    Unsecured claim  _____

_____
_____
Contact _____
Contact phone _____

---

**16**

**Sun Valley Feed Mill**
**597 S. Main Street**
**PO Box 301**
**Brownsville, KY 42210**

What is the nature of the claim?   Purchases on account   $6,297.12

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  - _____
    Unsecured claim  _____

_____
_____
Contact _____
Contact phone _____

---

Debtor 1    __Jody D Lashley_____    Case number *(if known)* _____

| 17 | | What is the nature of the claim? | Venmo credit card purchases | $11,256.32 |

**Synchrony Bank**
**777 Long Ridge Rd**
**Stamford, CT 06902**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:　　　　　- _____
　　　Unsecured claim　　　　　　 _____

Contact _____
Contact phone _____

---

| 18 | | What is the nature of the claim? | 2009 Triumph HIN: TRBK0258D909 | $6,000.00 |

**Tom Warner**
**230 Paradise Dr**
**Murray, KY 42071**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured)　$6,000.00
　　　Value of security:　　　　　- $0.00
　　　Unsecured claim　　　　　　 $6,000.00

Contact _____
Contact phone _____

---

| 19 | | What is the nature of the claim? | Credit card purchases | $3,326.14 |

**Tractor Supply Credit Plan**
**PO Box 6403**
**Sioux Falls, SD 57117-6403**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:　　　　　- _____
　　　Unsecured claim　　　　　　 _____

Contact _____
Contact phone _____

---

| 20 | | What is the nature of the claim? | Covid-19 EIDL | $7,192.85 |

**US Small Business Administration**
**2 International Plaza Suite 500**
**Nashville, TN 37217**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

---

Debtor 1  __Jody D Lashley_____  Case number *(if known)* _____

Does the creditor have a lien on your property?

_____
Contact

■  No

_____
Contact phone

☐  Yes. Total claim (secured and unsecured)

- Value of security:  -  _____

Unsecured claim  _____

---

| Part 2: | Sign Below |
|---------|------------|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  __/s/ Jody D Lashley_____          X  _____

**Jody D Lashley**                                          Signature of Debtor 2

Signature of Debtor 1

Date  __September 29, 2023_____          Date  _____

# United States Bankruptcy Court
## Western District of Kentucky

In re   __Jody D Lashley__                                        Case No.

Debtor(s)                  Chapter   __11__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  __September 29, 2023__        __/s/ Jody D Lashley__

                                            **Jody D Lashley**
                                          Signature of Debtor

A to Z Tree Service
1779 E G Nash Rd
Roundhill, KY 42275

ABC Supply Co. Inc.
PO Box 415636
Boston, MA 02241-5636

All Shore Capital
111 John Street
New York, NY 10005

Alliance Funding Group
17542 17th Street, Suite 200
Tustin, CA 92780

Ally Financial
P.O. Box 380902
Minneapolis, MN 55438

Amazon Prime Visa
410 Terry Ave North
Seattle, WA 98109-5210

Amazon Services LLC
410 Terry Ave North
Seattle, WA 98109-5210

Arba International LLC
2517 152nd Ave NE
Redmond, WA 98052

Azura Leasing
PO Box 258
Caledonia, MI 49316

Bee Spring Lumber & Supply LLC
10403 Highway 259 North
Bee Spring, KY 42207

Jeff Biggs
2204 Woodbourne Ave.
Louisville, KY 40205

Bill Me Later, Inc
as serving agent for WebBank
2211 North First Street
San Jose, CA 95131

Dennis & Jill Broyles
2701 Alice Ave.
Louisville, KY 40220

Capital Assist, LLC
111 Great Knock Road
Suite 300
Great Neck, NY 11021

Capital One
PO Box 4069
Carol Stream, IL 60197-4069

Capital One, N.A.
PO Box 30285
Salt Lake City, UT 84130-0285

Capytal.com
c/o NewCo. Capital Group VI LLC
90 Broad, Suite 903
New York, NY 10004

Cassity Brazinski, LLC
9858 Burleigh Lane
Union, KY 41091

CFG Merchant Solutions
180 Maiden Lane, Suite 1502
New York, NY 10038

Clover Capital
5601 Corporate Way
Suite 320
West Palm Beach, FL 33407

Commonwealth of Kentucky
Department of Revenue
501 High Street
PO Box 991
Frankfort, KY 40602

Concora Credit, Inc.
14600 NW Greenbriar Pkwy
Beaverton, OR 97006-5762

Brian Cook
123 Pergola Pl
Ormond Beach, FL 32174

COVID EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155

Credit One
PO Box 60500
City of Industry, CA 91716-0500

```
Credit One Platinum
PO Box 60500
City of Industry, CA 91716-0500

Stacy Croxton
610 Shawnee Rd
Shelbyville, KY 40065

CSC, as Representative
PO Box 2576
Springfield, IL 62708

Dominick Dale, Esq.
7002 Nansen St.
Forest Hills, NY 11375-5856

DC Fund, LLC
DC Fund Suite 300
Great Neck, NY 11021

Dock-Tech, LLC
102 Wall Street
Suite C
Cave City, KY 42127

Troy Doush
90 Trailwood Dr
Clarkson, KY 42726

Elysia Lampert
Foley & Lardner LLP
321 N. Clark St.
Suite 3000
Chicago, IL 60654

Everest Business Funding
2001 NW 107 Avenue
Miami, FL 33172

Family Business Fund
101 Plaza Real S, Ste 216
Boca Raton, FL 33432

Farm Bureau Bank
PO Box 33427
San Antonio, TX 78265

Aaron Foulks
395 Poplar Springs Rd
Brownsville, KY 42210

Future Designs Building Materials
421 Quarry Rd
PO Box 87
Leitchfield, KY 42755-0087
```

```
GoodLeap
8781 Sierra College Blvd
Roseville, CA 95661

Darrell L Green
2547 Kensington Way
Elizabethtown, KY 42701-6830

Grid Market, LLC
dba Grid Funding
667 NE 105th St
Miami, FL 33138

Hart County Building Supply
10337 Cub Run HWY
Munfordville, KY 42765

Mike Higgins
4003 Serviceberry Ct.
Louisville, KY 40241

Stuart & Cynthia Holder
9405 Stonelanding Pl
Louisville, KY 40272-7200

Innvoative Marine Solutions, LLC
dba Innovative Marine Service
102 Wall St. Bldg A
Cave City, KY 42127

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JCB Finance
655 Business Center Drive
Horsham, PA 19044

Doris Jenkins
102 Shady Lane
Louisville, KY 40225-9000

Dixon & Shannon Jones
2120 Woodbourne Ave.
Louisville, KY 40205

Billy Kaufman
1466 William Cemetery Road
Clarkson, KY 42726

Jeremy Kelly
5802 Mt Pleasant Dr
Prospect, KY 40059
```

Kubota Credit Corporation, USA
Servicing Center
PO Box 2046
Grapevine, TX 76099

Bridget Kuebet
8907 Bergmont Dr.
Prospect, KY 40059

KY Office of Unemployment Insurance
Attn: Nicole Boaz
PO Box 188
Leitchfield, KY 42755

Jennifer Lanham
677 Twin Oaks Drive
Mammoth Cave, KY 42259

Liberty Federal Credit Union
4401 Theater Drive
PO Box 5129
Evansville, IN 47716-5129

Lindseys Auto Parts LLC
20 Caneyville Road
Roundhill, KY 42275

Lowe's
1000 Lowe's Boulevard
Mooresville, NC 28117

Marin Business Bank
2795 E. Cottonwood Pkwy
Salt Lake City, UT 84121

Marlin Leasing Corporation
dba PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054

MCA Resolve, LLC
220 Congress Park Dr., Ste 215
Delray Beach, FL 33445

MCA Servicing, LLC
1855 Griffin Raod
Dania, FL 33004

MicroAdvance Funding, LLC
100 South Juniper Street
Third Floor
Philadelphia, PA 19107

NewCo. Capital Group VI LLC
90 Broad, Suite 903
New York, NY 10004

On Deck Capital, Inc.
4201 Wilson Blvd
Ste 110-209
Arlington, VA 22203

Pawnee Leasing Corporation
3801 Automation Way
Suite 207
Fort Collins, CO 80526

PayPal Credit
PO Box 71707
Philadelphia, PA 19176-1707

Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814

Rent to Own Rentals LLC
PO Box 156
Morganfield, KY 42437

Marilyn Rhoads
2825 Timberline Dr
Owensboro, KY 42303

Cory Rudolph
1101 Meeting Street
Prospect, KY 40059

Sam's Club
2101 SE Simple Savings Drive
Bentonville, AR 72716-0745

ScottsRTO, LLC
PO Box 100
Melber, KY 42069

Servicing Corporation
323 5th Street
Eureka, CA 95501

David Smith
9613 Tamarisk Pkwy
Louisville, KY 40223

Jeremy Smith
1582 Pensacola Dr.
Lillian, AL 36549

```
Theresa Stiles
720 30th St.
Peru, IL 61354

Flora Templeton Stuart
607 E. 10th Ave
Bowling Green, KY 42101

Sun Valley Feed Mill
597 S. Main Street
PO Box 301
Brownsville, KY 42210

Synchrony Bank
777 Long Ridge Rd
Stamford, CT 06902

Theresa Stiles
720 30th St.
Peru, IL 61354

Thomas & Thomas Attorneys
Attn: Ernest V. Thomas, III
2323 Park Ave
Cincinnati, OH 45206

Tip Top Capital Inc
40 Exchange Pl
New York, NY 10038

Tom Warner
230 Paradise Dr
Murray, KY 42071

Tractor Supply Credit Plan
PO Box 6403
Sioux Falls, SD 57117-6403

United Community Bank of West Kentucky
1406 N Main St
Sturgis, KY 42459

United Community Bank of West Kentucky
131 E Main St
Morganfield, KY 42437

Travis Unruh
4084 Paoli Pike
Floyds Knobs, IN 47119

US Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203
```

```
US Small Business Administration
2 International Plaza Suite 500
Nashville, TN 37217

Billy Vincent
2762 Cedar Grove Church Rd
Brownsville, KY 42210
```